# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov





Jack W Harang
Attorney at Law
3500 N Hullen
Metairie LA 70002

---

Case: 4:11-cv-03908  Instrument: 165  (1 pages)  aty
Date: Apr 30, 2015
Control: 150413761
Notice: The attached order has been entered.

---

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

**RETURN TO SENDER**
Addressee No Longer at this
Address – Unable to Forward

United States Courts
Southern District of Texas
**FILED**

MAY 12 2015

David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 APR 30 2015
$ 000.48⁰